IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SAINT JOSEPH DIVISION

| | | |
|---|---|---|
| CHARLIE MACKEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-06214-CV-SJ-JAM |
| | ) | |
| BAKER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41 and signed by Plaintiff's counsel seeking dismissal without prejudice (Doc. 3), and before Defendant having filed an answer or motion for summary judgment, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action against Defendant Baker University, is dismissed without prejudice. Each party shall bear its own costs.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE